**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 433 WAL 2018

             Respondent            :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

             v.                      :

                                :

NATHAN HOWARD,                  :

                                :

               Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.